# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

    Petitioner,

vs.

NEVINS, et al.,

    Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

    The federal public defender having advised the court that a conflict exists in representing petitioner, and good cause appearing;

    IT IS THEREFORE ORDERED that William H. Gamage is appointed as counsel for petitioner for all further proceedings.

    IT IS FURTHER ORDERED that petitioner shall have sixty (60) days from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

    DATED: June 19, 2013

_____
JAMES C. MAHAN
United States District Judge