# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

    Petitioner,

vs.

WARDEN NEVINS, et al.,

    Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

    Petitioner has submitted a motion to extend briefing schedule (#13), and respondents do not oppose the request. Petitioner has not proposed the amount of extra time that he needs to file an amended petition. The court will extend the briefing schedule for the same amount of time that it did in its earlier order (#11). In future motions for enlargement, petitioner should state how much time he is requesting.

    IT IS THEREFORE ORDERED that petitioner's motion to extend briefing schedule (#13) is **GRANTED**. Petitioner shall have through December 18, 2013, to file and serve an amended petition for a writ of habeas corpus.

DATED: October 25, 2013.

_____
JAMES C. MAHAN
United States District Judge