# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

    Petitioner,

vs.

WARDEN NEVINS, et al.,

    Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

    Petitioner has submitted a third unopposed motion to extend briefing schedule (#16). As with his second motion, petitioner has not proposed the amount of extra time that he needs to file an amended petition. The court will extend the briefing schedule for the same amount of time that it did in its earlier orders (#11, #15). Again, in future motions for enlargement, petitioner should state how much time he is requesting.

    IT IS THEREFORE ORDERED that petitioner's unopposed motion to extend briefing schedule (#16) is **GRANTED**. Petitioner shall have through February 17, 2014, to file and serve an amended petition for a writ of habeas corpus.

    DATED: December 26, 2013.

JAMES C. MAHAN
United States District Judge