# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN NEVINS, et al., <br><br> Respondents. | Case No. 2:13-cv-00668-JCM-GWF <br><br> **ORDER** |

Petitioner has filed a motion for stay and abeyance (#18), and respondents have filed a notice of non-opposition (#19), with the caveat that they will not waive any procedural defenses. Good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for stay and abeyance (#18) is **GRANTED**.

IT IS FURTHER ORDERED that this action is **STAYED** pending exhaustion of the unexhausted claims. Petitioner shall return to this court with a motion to reopen within sixty (60) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

///

///

///

///

1  IT FURTHER IS ORDERED that the clerk of court shall administratively close this action
2  until such time as the court grants a motion to reopen the action.
3  DATED:   March 13, 2014.

_____
JAMES C. MAHAN
United States District Judge