1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8

9   JIM BASS HOLDEN,

10        Petitioner,                         Case No. 2:13-cv-00668-JCM-GWF

11   vs.                                      **ORDER**

12   WARDEN NEVINS, et al.,

13        Respondents.

14

15        Petitioner has filed a motion to reopen case and set briefing schedule (#23), and respondents

16   do not oppose the motion (#24).  The court will reopen the case and set a deadline for filing an

17   amended petition for a writ of habeas corpus.

18        Petitioner has filed a proper-person <u>ex parte</u> motion to remove attorney of record and to

19   appoint counsel (#22).  Petitioner complained that counsel missed the deadline for reopening the

20   case.  It appears that petitioner was a defendant in two criminal cases, that the Nevada Supreme

21   Court issued its remittitur in one case in around August 2014, and that the Nevada Supreme Court

22   issued its remittitur in the other case in July 2015.  Petitioner filed the motion to reopen within the

23   allowed time of the issuance of the remittitur in July 2015 and, in any event, respondents do not

24   oppose the reopening of this case.  Petitioner has not suffered any harm, and the court denies the

25   motion to remove attorney.

26        IT IS THEREFORE ORDERED that petitioner's motion to reopen case and set briefing

27   schedule (#23) is **GRANTED**.

28

-2-

1    IT IS FURTHER ORDERED that the clerk of the court shall reopen this case and lift the

2  stay.

3    IT IS FURTHER ORDERED that petitioner must file an amended petition for a writ of

4  habeas corpus pursuant to 28 U.S.C. § 2254 within sixty (60) days from the date of entry of this

5  order.

6    IT IS FURTHER ORDERED that petitioner's proper-person ex parte motion to remove

7  attorney of record and to appoint counsel (#22) is **DENIED**.

8    DATED:  September 14, 2015.

9

10

11

JAMES C. MAHAN
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28