# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

    Petitioner,

vs.

WARDEN NEVINS, et al.,

    Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

    Petitioner having filed a motion to extend time to file amended petition (second request) (#29), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to extend time to file amended petition (second request) (#29) is **GRANTED**.  Petitioner will have through March 8, 2016, to file and serve an amended petition for a writ of habeas corpus.

    DATED:  January 26, 2016.

JAMES C. MAHAN
United States District Judge