# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

     Petitioner,

vs.

WARDEN NEVINS, et al.,

     Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

     Petitioner having filed a motion to extend time to file amended petition (third request) (#32), and good cause appearing;

     IT IS THEREFORE ORDERED that petitioner's motion to extend time to file amended petition (third request) (#32) is **GRANTED**.  Petitioner will have through April 7, 2016, to file and serve an amended petition for a writ of habeas corpus.

     DATED:  March 22, 2016.

_____
JAMES C. MAHAN
United States District Judge