# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

    Petitioner,

vs.

WARDEN NEVINS, et al.,

    Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

    Petitioner having filed a motion to extend time to file amended petition (fourth request) (#34), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to extend time to file amended petition (fourth request) (#34) is **GRANTED**. Petitioner will have through April 30, 2016, to file and serve an amended petition for a writ of habeas corpus.

    DATED: April 22, 2016.

_____
JAMES C. MAHAN
United States District Judge