# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

    Petitioner,

vs.

WARDEN NEVINS, et al.,

    Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

    Petitioner has filed a motion to extend time to file amended petition (ECF No. 38), which the court grants.

    Petitioner also has filed the first amended petition (ECF No. 39). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    IT IS THEREFORE ORDERED that petitioner's motion to extend time to file amended petition (ECF No. 38) is **GRANTED** nunc pro tunc.

///
///
///
///
///
///
///

-2-

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (ECF No. 39). Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

DATED: June 6, 2016.

_____
JAMES C. MAHAN
United States District Judge