# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM BASS HOLDEN,

    Petitioner,

vs.

WARDEN NEVINS, et al.,

    Respondents.

Case No. 2:13-cv-00668-JCM-GWF

**ORDER**

Petitioner having filed a motion for substitution of appointed counsel (ECF No. 59), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for substitution of appointed counsel (ECF No. 59) is **GRANTED**. The representation of petitioner by William Gamage is **TERMINATED**.

IT IS FURTHER ORDERED that the clerk of the court shall forward a copy of this order to the CJA Coordinator, who shall locate substitute counsel for petitioner. The clerk of the court also shall send a copy of this order to petitioner himself, Jim Bass Holden, #87999, Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV 89702.

DATED: March 2, 2018.

JAMES C. MAHAN
United States District Judge