# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN, | Case No. 2:13-cv-00668-JCM-GWF |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN DWIGHT NEVINS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for an extension of time (ECF No. 72), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for an extension of time (ECF No. 72) is **GRANTED**. Respondents will have through January 10, 2019, to file a response to petitioner's motion for leave to file second amended petition (ECF No. 71).

DATED: November 27, 2018.

                                                                _____
                                                                JAMES C. MAHAN
                                                                United States District Judge