# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JIM BASS HOLDEN,

    *Petitioner,*

    v.

WARDEN DWIGHT NEVINS, *et al.,*

    *Respondents*.

2:13-cv-00668-JCM-GWF

ORDER

    Petitioner's motion for an extension of time (ECF No. 80) is GRANTED, and the time for petitioner to file a response to the court's prior order (ECF No. 79) is extended up to and including Monday, July 22, 2019.

    DATED: June 5, 2019.

_____
JAMES C. MAHAN
United States District Judge