# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN, | Case No. 2:13-cv-00668-JCM-EJY |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN DWIGHT NEVINS, et al., | |
| Respondents. | |

Petitioner having filed a first motion to extend time (ECF No. 91), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's first motion to extend time (ECF No. 91) is **GRANTED**. Petitioner will have up to and including December 9, 2019, to file a response to the motion to dismiss (ECF No. 90).

DATED: December 2, 2019.

JAMES C. MAHAN
United States District Judge