# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN, | Case No. 2:13-cv-00668-JCM-EJY |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN DWIGHT NEVINS, et al., | |
| Respondents. | |

Respondents having filed a motion for an extension of time (first request) (ECF No. 94), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for an extension of time (first request) (ECF No. 94) is **GRANTED**. Respondents will have up to and including December 23, 2019, to file a reply to the response to the motion to dismiss (ECF No. 93).

DATED: December 16, 2019.

                                                                                  JAMES C. MAHAN
                                                                                  United States District Judge