# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN DWIGHT NEVINS, et al.,<br><br>    Respondents. | Case No. 2:13-cv-00668-JCM-EJY<br><br>**ORDER** |

This is a counseled habeas corpus action under 28 U.S.C. § 2254. The court has granted respondents motion to dismiss. ECF No. 97. The court directed petitioner to decide what to do with the unexhausted ground 2(D). Id. at 8. Petitioner now has filed a motion to extend time for response to court order. ECF No. 98. Counsel asks for an additional 10 days to receive a sworn declaration from petitioner about what to do with ground 2(D), because of the limited ability for counsel and petitioner to communicate due to the COVID-19 pandemic. Good cause exists to grant the motion.

///
///
///
///
///

1

1  IT THEREFORE IS ORDERED that petitioner's motion to extend time for response to court order (ECF No. 98) is **GRANTED**.  Petitioner will have up to and including June 22, 2020, to comply with the court's order of May 11, 2020 (ECF No. 97).

DATED:  June 11, 2020.

_____
JAMES C. MAHAN
United States District Judge