# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN DWIGHT NEVINS, et al.,<br><br>　　　　　Respondents. | Case No. 2:13-cv-00668-JCM-EJY<br><br>**ORDER** |

　　　Respondents having filed a motion for an extension of time (first request) (ECF No. 101), and good cause appearing;

　　　IT THEREFORE IS ORDERED that respondents' motion for an extension of time (first request) (ECF No. 101) is **GRANTED**. Respondents will have up to and including September 8, 2020, to file an answer to the remaining claims in the second amended petition (ECF No. 88).

　　　DATED:  August 5, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1