UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JIM BASS HOLDEN,

                Petitioner,

v.

WARDEN DWIGHT NEVINS, *et al.,*

                Respondents.

Case No. 2:13-cv-00668-JCM-EJY

ORDER

Upon review of the exhibits filed by respondents in the above matter, it appears they failed to include (1) the complete trial transcript for Friday, August 5, 2005, including the testimony of Detective Todd Williams; and (2) the trial exhibit depicting petitioner's redacted journal, which were presented to the state courts and referenced by the state supreme court in its orders affirming the judgment. (*See* ECF Nos. 41-1 at 94, 97, 103, 41-2 at 13, 15; 42-1 at 2; 42-2 at 50; 45 at 160.)

It is therefore ordered that within 14 days of the date of entry of this order respondents must supplement their exhibits to include the aforementioned missing state court records.

DATED December 15, 2021.

                                        _____
                                        JAMES C. MAHAN
                                        UNITED STATES DISTRICT JUDGE